Valley Pan                                           CAB-03-131                    3

AO 440 (Rev. 10/93) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | United States District Court<br>Southern District of Texas<br>FILED |
| Service of the Summons and complaint was made by me⁽¹⁾  DATE August 11, 2003 | AUG 1 3 2003 |
| NAME OF SERVER *(PRINT)* Armando Pulido  TITLE Process Service | Michael N. Milby<br>Clerk of Court |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 160 E. Expressway 83, Suite H, Harlingen, Texas, 78550

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Ivan Zorilla, Registered Agent for Valley Pan, Inc.

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 11, 2003   Armando Pulido
          Date              Signature of Server

1935 E. Polk
Brownsville, Tx 78520
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.