*Doctor's Assoc.*   4

CAB-03-131

• AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE Aug 5 2003 | United States District Court Southern District of Texas |
| NAME OF SERVER (PRINT) Sam Wallace | TITLE Process Server | FILED AUG 1 3 2003 |

*Check one box below to indicate appropriate method of service*

Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail see attached Receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-5-03
_____
Date        Signature of Server

943 N. Expressway #15-6
Brownsville TX 78520-8605
Address of Server
956-350-9826

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ .60 |
| Certified Fee | 5.30 |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.92 |

Sent To  Corp. Service Co.
Street, Apt No.; or PO Box No.  Brazos
City, State, ZIP+4  Austin TX 78701

7002 2030 0007 1002 8068

PS Form 3800, June 2002      See Reverse for Instructions