IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

NOV 1 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Ms. MELISSA GARCIA | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.: B-03-131 |
| | § | |
| VALLEY PAN, INC. D/B/A SUBWAY | § | |
| and DOCTOR'S ASSOCIANTES, INC. | § | |
|     Defendants | | |

### PLAINTIFF'S LIST OF FINANCIALLY INTERESTED INDIVIDUALS AND ENTITIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Melissa Garcia, after referred to as Plaintiff, and files this List of Interested Individuals or Entities for the above referenced cause and would respectfully show unto this honorable Court as follows:

1. **PLAINTIFF**:

Ms. Melissa Garcia, Individual
C/O Ivan A. Andarza
Andarza & Hoffman, P.C.
500 W. 16th Street, Suite 103
Austin, TX 78701
Tel:    512-322-9800
Fax:   512-322-9802

2. **DEFENDANT**:

**Valley Pan Inc.**, A Texas Corporation
Ivan Zorilla, Registered Agent
500 Rancho Perdido Dr.
Rancho Viejo, TX 78575

3. **COUNSEL FOR PLAINTIFF**:

Ivan A. Andarza
Andarza & Hoffman, P.C.
500 W. 16th Street, Suite 103
Austin, TX 78701
Tel:   512-322-9800
Fax:   512-322-9802

4. **COUNSEL FOR DEFENDANT**:

RW. Armstrong
2600 Old Alice Road, Ste A
Brownsville, TX 78521
Tel:   956-546-5556
Fax:   956-546-0470

Respectfully submitted,

By: _____
Ivan A. Andarza
State Bar No. 00798031
Fed Bar No. 21085
Andarza & Hoffman, P.C.
500 W. 16th Street, Suite 103
Austin, TX 78701
Tel. 512.322.9800
Fax. 512.322.9802

## CERTIFICATE OF SERVICE

I herby certify that the foregoing **List of Financially Interested Individuals and Entities** has been served upon counsel listed below by placing a true and correct copy of same in the Untied States Mail, certified, return receipt requested, with postage fully prepaid on this 17 day of November, 2003:

RW. Armstrong
2600 Old Alice Road, Ste A
Brownsville, TX 78521
Tel:   956-546-5556
Fax:   956-546-0470

Ivan A. Andarza