IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Ms. MELISSA GARCIA | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.: B-03-131 |
| | § | |
| VALLEY PAN, INC. D/B/A SUBWAY | § | |
| and DOCTOR'S ASSOCIATES, INC. | § | |
| Defendants | | |

## JOINT CASE MANAGEMENT PLAN PURSUANT TO RULE 26(f)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Plaintiff and Defendants in the above entitled and numbered cause and file this their Joint Case Management Plan Pursuant to Rule 26(f), and would respectfully show unto the Court as follows:

1. State when the parties conferred as required by Rule 26(f), and identify the counsel who conferred.

   **Counsel for Plaintiff, Ivan A. Andarza, and Counsel for Defendant, the Law Office of R.W. Armstrong, P.C., Robert Robertson on behalf of Ronald W. Armstrong, conferred by telephone on November 14, 2003.**

2. List the cases related to this one that are pending in any state or federal court with case number and court.

   **Plaintiff and Defendant are not aware of any pending cases in any state or Federal Court relating to this case.**

3. Specify the allegation of federal jurisdiction.

   **Plaintiff invokes the jurisdiction of this Court pursuant to 28 U.S.C. §§ 1337 and 1343(4) and 42 U.S.C. § 2000e-5(f). Plaintiff also invokes this Court's pendant jurisdiction. Plaintiff contends this is an action pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e, et seq. ("Title VII") and the common law.**

4. Name the parties who disagree and the reasons.

   **Both Plaintiff and Defendant agree that the Court has jurisdiction over this action.**

5. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

   **At this time, there are no anticipated additional parties that should be included.**

6. List anticipated interventions.
   **At this time, there are no anticipated interventions.**

7. Describe class action issues.

   **There are no class action issues in this case.**

8. State whether each party represents that is has made the initial disclosures required by Rule 26(f). If not, describe the arrangements that have been made to complete the disclosures.

   **The parties agree that initial disclosure pursuant to Rule 26(a) shall be made within 21 days of the initial pretrial scheduling conference.**

9. Describe the proposed agreed discovery plan, including:

   a. Responses to all the matters raised in Rule 26(f);

      **See responses to parts (b) through (h) below.**

   b. When and to whom the plaintiff anticipates it may send interrogatories;

      **Plaintiff anticipates sending interrogatories and other written discovery to Defendant by December 30, 2003.**

   c. When and to whom the defendant anticipates it may send interrogatories;

**Defendant anticipates sending interrogatories and other written discovery to Plaintiff by January 30, 2004.**

d. Of whom and by when the plaintiff anticipates taking oral depositions;

**Plaintiff anticipates taking the oral deposition of at least Ivan Zorilla. Plaintiff anticipates the oral depositions can begin by February 1, 2004 and can be completed by March 30, 2004. Through the discovery process it may become apparent that other and further deposition may be required. Therefore, upon the discovery of other deponents, this Joint Case Management Plan may be amended and the afore mentioned dates altered.**

e. Of whom and by when the defendant anticipates taking oral depositions;
**Defendant anticipates taking the oral deposition of at least Melissa Garcia. Defendant anticipates the oral depositions can begin by February 1, 2004 and can be completed by March 30, 2004. Through the discovery process it may become apparent that other and further deposition may be required. Therefore, upon the discovery of other deponents, this Joint Case Management Plan may be amended and the afore mentioned dates altered.**

f. List expert depositions the plaintiff anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report)

**Plaintiff will designate its experts and provide their reports by March 15, 2004.**

g. List expert depositions the defendant anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report)

**Defendant will designate its responsive experts and provide their reports by March 30, 2004.**

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

    **The parties are in agreement.**

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

    **None.**

12. State the date the planned discovery can reasonably be completed.

**Planned discovery can reasonable be completed by May 1, 2004.**

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

    **At the appropriate time, and after reasonable discovery, the parties will consider voluntary mediation.**

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

    **The parties have agreed to future informal negotiation concerning the merits of each parties' claims and defenses.**

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that reasonably suitable, and state which technique may be effectively used in this case.

    **Mediation may be suitable after some discovery has been conducted.**

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties joint position on a trial before a magistrate judge.

    **The parties do not object to trial before a magistrate judge at this time.**

17. State whether a jury demand has been made and if it was made on time.

    **Plaintiff made a timely jury demand at the filing of her original complaint.**

18. Specify the number of hours it will take to present the evidence in this case.

    **The parties agree this case will take approximately (12) hours, or approximately One and a half day to present the evidence in this case.**

19. List pending motion that could be ruled on at the initial pretrial and scheduling conference.

    **None.**

20. List other motions pending.

    **None.**

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the Court at the conference.

    **None.**

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

| **Counsel for Plaintiff:** | **Counsel for Defendant:** |
|---|---|
| Ivan A. Andarza | R.W. Armstrong |
| State Bar No. 00798031 | State Bar No. 01323500 |
| Federal Bar No. 21085 | Federal Bar No. 2237 |
| ANDARZA & HOFFMAN, P.C. | ~~Robert Roberts~~ |
| 500 W. 16th Sreet, Suite 103 | State Bar No. N/A |
| Austin, TX 78701 | Federal Bar No. N/A |
| Tel. 512.322-9800 | R.W. ARMSTRONG, P.C. |
| Fax. 512.322-9802 | 2600 Old Alice Road, Ste A |
| | Brownsville, Texas 78521 |
| | Tel. 956.546-5556 |
| | Fax. 956.546-0470 |

23. All counsel are required to keep the Clerk and all other parties advised of changes of address.

    **Parties agree to keep Clerk informed of all changes of address.**

_____
Ivan A. Andarza
Counsel for Plaintiff

11-17-03
Date

_____
R.W. Armstrong
Counsel for Defendant Valley Pan Inc.

11-18-03
Date

## CERTIFICATE OF SERVICE

I, R.W. Armstrong, hereby certify that a true and correct copy of the foregoing **JOINT CASE MANAGEMENT PLAN PURSUANT TO RULE 26(f)** was this 18th day of November 2003, mailed by certified mail, return receipt requested:

Ivan A. Andarza
ANDARZA & HOFFMAN, P.C.
500 W. 16th Street, Suite 103
Austin, Texas 78701

_____
R.W. Armstrong