THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

NOV 2 0 2003

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-03-131              DATE & TIME: 11-20-03 AT 1:30 P.M.

MELISSA GARCIA                         PLAINTIFF(S)   IVAN A. ANDARZA
                                       COUNSEL

VS.

VALLEY PAN INC., D/B/A SUBWAY          DEFENDANT(S)  RON ARMSTRONG
DOCTOR'S ASSOCIATES, INC.              COUNSEL
-------------------------------------------------------------------------------------------------------
Court Reporter: Bill Holloway
CSO:            Tony Yanez

    Plaintiff's counsel Ivan Andarza and Defense counsel for Valley Pan, Inc. Ron Armstrong appeared.

    Defendant Doctor's Associates, Inc. has not filed an answer. Plaintiff's counsel will make sure service on defendant Doctor's Associates, Inc. was made correctly.

    Initial pretrial conference will be reset for December, 2003.