9

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

NOV 2 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| MELISSA GARCIA | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-131 |
| VALLEY PAN INC., D/B/A SUBWAY DOCTOR'S ASSOCIATES, INC. | § § | |

TYPE OF CASE:     __X__ CIVIL                                  ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been reset for the place, date, and time set forth below:

TYPE OF PROCEEDING:

**SCHEDULING CONFERENCE**

PLACE:                                                                                    ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                                    DATE AND TIME:

**DECEMBER 12, 2003 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     NOVEMBER 20, 2003

TO:        MR. IVAN ANDARZA
             MR. RON ARMSTRONG