IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MS. MELISSA GARCIA<br>*Plaintiff* | §<br>§<br>§<br>§ | |
| VS. | §<br>§<br>§<br>§ | CIVIL ACTION NO: B-03-131 |
| VALLEY PAN, INC. D/B/A SUBWAY<br>and DOCTER'S ASSOCIATES, INC.<br>*Defendants* | §<br>§<br>§ | |

### DEFENDANTS' JOINT LIST OF FINANCIALLY INTERESTED INDIVIDUALS AND ENTITIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Valley Pan, Inc., hereinafter referred to as Defendant, and files this List of Interested Individuals or Entities for the above-reference to cause and would specifically show unto this honorable Court as follows:

1. **PLAINTIFF:**
   Ms. Melissa Garcia, Individual
   C/O Ivan A. Andarza
   Andarza & Hoffman, P.C.
   500 W. 16th Street, Suite 103
   Austin, TX 78701
   Tel:   512-322-9800
   Fax:   512-322-9802

2. **DEFENDANT VALLEY PAN, INC.:**
   Valley Pan, Inc., a Texas corporation
   C/O Ronald W. Armstrong
   2600 Old Alice Rd., Suite A
   Brownsville, TX 78521
   Tel:   598-546-5556
   Fax:   598-546-0470

3.  **DEFENDANT DOCTER'S ASSOCIATES, INC.:**
    Doctor's Associates, Inc., a foreign corporation
    authorized to do business in the State of Texas
    C/O Ronald W. Armstrong
    2600 Old Alice Rd., Suite A
    Brownsville, TX 78521
    Tel:  598-546-5556
    Fax:  598-546-0470

4.  **COUNSEL FOR PLAINTIFF:**
    Ivan A. Andarza
    Andarza & Hoffman, P.C.
    500 W. 16th Street, Suite 103
    Austin, TX 78701
    Tel:  512-322-9800
    Fax:  512-322-9802

5.  **COUNSEL FOR DEFENDANTS VALLEY PAN, INC. and DOCTOR'S ASSOCIATES, INC.:**
    Ronald W. Armstrong
    R.W. Armstrong & Associates
    2600 Old Alice Rd., Suite A
    Brownsville, TX 78521
    Tel:  598-546-5556
    Fax:  598-546-0470

        Respectfully submitted,

        **R.W. ARMSTRONG, P.C.**
        2600 Old Alice Road, Ste A
        Brownsville, Texas 78521
        Telephone:  (956) 546-5556
        Telecopier:  (956) 546-0470

BY: _____
        R.W. Armstrong
        Texas Bar No. 01323500
        Federal ID No. 2237
        **ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I, R.W. Armstrong, hereby certify that a true and correct copy of the foregoing **DEFENDANT VALLEY PAN, INC. LIST OF FINANCIALLY INTERESTED INDIVIDUALS AND ENTITIES** was this 11th day of December 2003, either telefaxed or mailed by certified mail, return receipt requested, to:

Ivan A. Andarza
ANDARZA & HOFFMAN, P.C.
500 W. 16th Street, Suite 103
Austin, Texas 78701

_____
R.W. Armstrong