IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
FILED

DEC 1 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MELISSA GARCIA, Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-131 |
| VALLEY PAN, INC. D/B/A SUBWAY and DOCTOR'S ASSOCIATES, INC, Defendants. | § § § | |

## CONSENT TO EXERCISE OF JURISIDCTION BY A UNITED STATES MAGISTRATE JUDGE

All parties to this case wave their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c)

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| [signature] | Melissa Garcia | 12-12-03 |
| R.J. Armstrong | Defendants Valley Pan, Inc. Doctor's Associate, Inc. | 12·12·03 |