IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

MAR 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | § | |
|---|---|---|
| MELISSA GARCIA | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-131 |
| | § | |
| VALLEY PAN, INC. D/B/A SUBWAY | § | |
| and DOCTOR'S ASSOCIATES, INC, | | |
| Defendants. | | |

## ORDER

Pursuant to 28 U.S.C. § 636(c) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act this cased is referred to the United States Magistrate Judge John Wm. Black.

SIGNED on this ___12th___ day of ___December___, 2003.

_____
Andrew S. Hanen
United States District Judge