IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 0 5 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MELISSA GARCIA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-131 |
| | § | |
| VALLEY PAN, INC., D/B/A SUBWAY | § | |
| AND DOCTOR'S ASSOCIATES, INC. | § | |

### SCHEDULING ORDER

IT IS HEREBY ORDERED THAT:

(1) Defendants to file dispositive motions by **May 17, 2004**.
Responses due by **June 17, 2004**.

(2) All discovery in this case must be completed by **August 18, 2004**. If additional time is required, a motion requesting such extension must be filed no later than **August 4, 2004**. Failure to file such motion shall preclude further discovery.

(3) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(4) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **September 22, 2004**.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5) A final pretrial and settlement conference is set for **September 22, 2004 at 1:30 P.M.**, before Magistrate Judge John Wm. Black.

(6) Jury selection is set for **October 7, 2004 at 9:00 A.M.** before Magistrate Judge John Wm. Black.

(7) Trial is set for **October 18, 2004 at 9:00 A.M.** before Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, on this 1st day of April, 2004.

John Wm. Black
United States Magistrate Judge