IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MS. MELISSA GARCIA,<br>    Plaintiff | § § § | |
| VS. | § § | |
| VALLEY PAN, INC.<br>D/B/A SUBWAY,<br>    Defendant | § § § § | CIVIL ACTION B-03-131 |
| and | § § | |
| DOCTOR'S ASSOCIATES, INC.,<br>    Defendant | § § | |

### DEFENDANT DOCTOR'S ASSOCIATES, INC.'S
### NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **DOCTOR'S ASSOCIATES, INC.**, Defendant in the above-entitled and numbered cause, and hereby files this Notice of Appearance of Counsel. In support of said Notice, Defendant would show the court the following.

The new attorneys for Defendant are ROY S. DALE, Federal Bar No. 1184, and WILLIAM D. MOUNT, JR., Federal Bar No. 14992, of DALE & KLEIN, L.L.P., 6301 N. 10th St., McAllen, Texas 78504, Tel. No. (956) 687-8700, Fax. No. (956) 687-2416.

The client has approved their appearance. This Notice is not being filed for purposes of delay.

Respectfully submitted,

DALE & KLEIN, L.L.P.
6301 N. 10th St.
McAllen, Texas 78504
Tel. No. (956) 687-8700
Fax. No. (956) 687-2416

_____
ROY S. DALE
Attorney-in-charge
State Bar No. 05326700
Federal Bar No. 1184
WILLIAM D. MOUNT, JR.
State Bar No. 14602950
Federal Bar No. 14992

ATTORNEYS FOR DEFENDANT DOCTOR'S ASSOCIATES, INC.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record:

R.W. ARMSTRONG, P.C.
2600 Old Alice Road, Ste. A
Brownsville, TX 78521

Ivan A. Andarza
ANDARZA & HOFFMAN, P.C.
500 W. 16th Street, Suite 103
Austin, Texas 78701

VIA FACSIMILE/CERTIFIED MAIL, RETURN RECEIPT, on the 9th day of June, 2004.

_____
ROY S. DALE