# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

| | | |
|---|---|---|
| MELISSA GARCIA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-131 |
| | § | |
| VALLEY PAN INC., D/B/A SUBWAY | § | |
| DOCTOR'S ASSOCIATES, INC. | § | |

TYPE OF CASE:      __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been reset for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** | **SECOND FLOOR COURTROOM, #2** |
| **600 E. HARRISON STREET** | |
| **BROWNSVILLE, TEXAS** | DATE AND TIME: |
| | **SEPTEMBER 29, 2004 AT 1:30 P.M.** |

John Wm. Black
United States Magistrate Judge

DATE:  SEPTEMBER 23, 2004

TO:    MR. IVAN ANDARZA
       MR. RON ARMSTRONG