IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 8 2004

**Michael N. Milby**
**Clerk of Court**

| | | |
|---|---|---|
| MS. MELISSA GARCIA, Plaintiff | § § § § | |
| VS. | § § | |
| VALLEY PAN, INC. D/B/A SUBWAY, Defendant | § § § § | CIVIL ACTION B-03-131 |
| and | § § | |
| DOCTOR'S ASSOCIATES, INC., Defendant | § § | |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiff, **MELISSA GARCIA**, and

Defendants, **VALLEY PAN, INC. D/B/A SUBWAY** and **DOCTOR'S ASSOCIATES,**

**INC**, stipulate in the above action to dismissal with prejudice of

the claims of the said Plaintiff against Defendants, **VALLEY PAN,**

**INC. D/B/A SUBWAY** and **DOCTOR'S ASSOCIATES, INC**, with each party to

pay their own taxable court costs.

Respectfully submitted,

IVAN A. ANDARZA
State Bar No. 00798031
Federal Bar No. 21085
Andarza & Hoffman, P.C.
500 W. 16th Street, Ste. 103
Austin, Texas 78701
Telephone: (512)322-9800
Telecopier: (512)322-9802
Counsel for Plaintiff Ms. Melissa
Garcia

g:\d\04-4528\pleadings\stipulation of dismissal

RECEIVED SEP 28 2004

_____
R.W. ARMSTRONG
State Bar No. 01323500
Federal Bar No. 2237
R.W. Armstrong, P.C.
2600 Old Alice Road, Ste. A
Brownsville, Texas 78521
Telephone: (956)546-5556
Telecopier: (956)546-0470
Counsel for Defendant Valley Pan,
Inc. d/b/a Subway

_____
ROY S. DALE
State Bar No. 05326700
Federal I.D. No. 1184
WILLIAM D. MOUNT, JR.
State Bar No. 14602950
Federal Bar No. 14992
DALE & KLEIN, L.L.P.
6301 N. 10ᵗʰ St.
McAllen, Texas  78504
Telephone: (956)687-8700
Telecopier: (956)687-2416
Counsel for Defendant
Doctor's Associates, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record:

Roy S. Dale
William D. Mount, Jr.
6301 North 10th Street
McAllen, TX 78504

Ivan A. Andarza
ANDARZA & HOFFMAN, P.C.
500 W. 16th Street, Suite 103
Austin, Texas 78701

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**, on the 28th day of September, 2004.

_____
R.W. ARMSTRONG

g:\d\04-4528\pleadings\stipulation of dismissal                    Page 3