IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MS. MELISSA GARCIA,<br>　　　Plaintiff | §<br>§<br>§<br>§ |
| VS. | §<br>§ |
| VALLEY PAN, INC.<br>D/B/A SUBWAY,<br>　　　Defendant | §　　CIVIL ACTION B-03-131<br>§<br>§<br>§ |
| and | §<br>§ |
| DOCTOR'S ASSOCIATES, INC.,<br>　　　Defendant | §<br>§ |

## AGREED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

MS. MELISSA GARCIA, Plaintiff, and VALLEY PAN, INC. D/B/A SUBWAY and DOCTOR'S ASSOCIATES, INC., Defendants, having stipulated pursuant to Fed. R. Civ. P. 41 to a dismissal with prejudice of all claims of MS. MELISSA GARCIA against VALLEY PAN, INC. D/B/A SUBWAY and DOCTOR'S ASSOCIATES, INC, it is therefore,

ORDERED that the claims asserted herein by Plaintiff, MS. MELISSA GARCIA, against Defendants, VALLEY PAN, INC. D/B/A SUBWAY and DOCTOR'S ASSOCIATES, INC, be and the same are hereby DISMISSED WITH PREJUDICE with each party to pay their own taxable court costs.

SIGNED this _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_____
IVAN ANDARZA
ATTORNEY FOR PLAINTIFF
MS. MELISSA GARCIA

_____
R.W. ARMSTRONG
ATTORNEY FOR DEFENDANT
VALLEY PAN, INC. D/B/A SUBWAY

Signed by permission
_____
ROY S. DALE
WILLIAM D. MOUNT, JR.
ATTORNEYS FOR DEFENDANT
DOCTOR'S ASSOCIATES, INC.

AGREED:

_____
IVAN ANDARZA
ATTORNEY FOR PLAINTIFF
MS. MELISSA GARCIA


_____
R.W. ARMSTRONG
ATTORNEY FOR DEFENDANT
VALLEY PAN, INC. D/B/A SUBWAY


_____
ROY S. DALE
WILLIAM D. MOUNT, JR.
ATTORNEYS FOR DEFENDANT
DOCTOR'S ASSOCIATES, INC.