IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court**
**Southern District of Texas**
**ENTERED**

SEP 28 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _D. Ahumada_

| | | |
|---|---|---|
| MS. MELISSA GARCIA,<br>Plaintiff | §<br>§<br>§<br>§ | |
| VS. | §<br>§ | |
| VALLEY PAN, INC.<br>D/B/A SUBWAY,<br>Defendant | §<br>§<br>§<br>§ | CIVIL ACTION B-03-131 |
| and | §<br>§ | |
| DOCTOR'S ASSOCIATES, INC.,<br>Defendant | §<br>§ | |

## AGREED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

**MS. MELISSA GARCIA**, Plaintiff, and **VALLEY PAN, INC. D/B/A SUBWAY** and **DOCTOR'S ASSOCIATES, INC.**, Defendants, having stipulated pursuant to Fed. R. Civ. P. 41 to a dismissal with prejudice of all claims of **MS. MELISSA GARCIA** against **VALLEY PAN, INC. D/B/A SUBWAY** and **DOCTOR'S ASSOCIATES, INC**, it is therefore,

**ORDERED** that the claims asserted herein by Plaintiff, **MS. MELISSA GARCIA**, against Defendants, **VALLEY PAN, INC. D/B/A SUBWAY** and **DOCTOR'S ASSOCIATES, INC**, be and the same are hereby **DISMISSED WITH PREJUDICE** with each party to pay their own taxable court costs.

**SIGNED** this _26TH_ day of _SEPTEMBER_, 2004.

UNITED STATES ~~DISTRICT~~ JUDGE
_MAGISTRATE_

AOVDP 1

FROM :                              PHONE NO. :              SEP. 24 2004 11:06AM P7

AGREED:

_____
IVAN ANDARZA
ATTORNEY FOR PLAINTIFF
MS. MELISSA GARCIA


_____
R.W. ARMSTRONG
ATTORNEY FOR DEFENDANT
VALLEY PAN, INC. D/B/A SUBWAY


_____
ROY S. DALE
WILLIAM D. MOUNT, JR.
ATTORNEYS FOR DEFENDANT
DOCTOR'S ASSOCIATES, INC.

AOVDP 2

AGREED:


_____
IVAN ANDARZA
ATTORNEY FOR PLAINTIFF
MS. MELISSA GARCIA


_____
R.W. ARMSTRONG
ATTORNEY FOR DEFENDANT
VALLEY PAN, INC. D/B/A SUBWAY


_____
ROY S. DALE
WILLIAM D. MOUNT, JR.
ATTORNEYS FOR DEFENDANT
DOCTOR'S ASSOCIATES, INC.


AOVDP 2